UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MYRON JESSIE #701078,

    Plaintiff,

v.

MARK HARRIS, et al.,

    Defendants.

_____/

Case No. 2:22-cv-54

HONORABLE PAUL L. MALONEY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Hares and Harris filed a motion for summary judgment as did Defendant Boudreau. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 3, 2024, recommending that this Court grant the motions and enter judgment in favor of Defendants. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 88) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendant Hares and Harris (ECF No. 71 ) is GRANTED.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendant Boudreau (ECF No. 76) is GRANTED.

**IT IS FURTHER ORDERED** that this Court declines to exercise supplemental jurisdiction of Plaintiff's state law claims.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated:  November 4, 2024              /s/  Paul L. Maloney
                                      Paul L. Maloney
                                      United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MYRON JESSIE #701078,

    Plaintiff,

v.

MARK HARRIS, et al.,

    Defendants.

_____/

Case No. 2:22-cv-54

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: November 4, 2024

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge